

IN THE
UNITED STATES COURT OF APPEALS
FOR THE
ELEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  15-14452-G |
| Plaintiff-Appellee, ) | 15-13303-G |
| ) | |
| vs. ) | U.S. District Court |
| ) | District of Florida |
| ) | Tampa Division |
| JORGE GAMBOA-RENTERIA, ) | |
| ) | No. 8-12-cv-02780-SDM-AEP |
| Defendant-Appellant. ) | 8-11-cr-00627-SDM-AEP-1 |

## MOTION FOR THE APPOINTMENT OF COUNSEL
## AND DECLARATION IN SUPPORT

Appellant Jorge Gamboa-Renteria, appearing pro se and with the assistance of another inmate, respectfully moves the Court for the appointment of counsel on appeal from the district court's denial of a motion under 28 USC Section 2255 and a subsequent motion under Rule 60(b), Federal Rules of Civil Procedure, and would show the following:

Gamboa was seized in waters off the coast of Panama. The issue was one of jurisdiction, which centered on whether the waters were international or Panamanian. On June 2, 2015, the district court denied Gamboa's 2255 motion after conducting an evidentiary hearing, and denied ithe issuance of a certificate of appealability. (Dct. 62). Gamboa filed a timely notice of appeal. (15-133303-G). Then he filed a Rule 60(b) motion based on newly discovered evidence supplied by Panamanian officials.

The distric court summarily denied the motion. (Dct. 69). Gamboa then filed a timely notice of appeal. (15-14452-G). A motion to consolidate the appeals is presently before the Court.

Gamboa is a Colombian national and has very limited English skills, especially with comprehension of the language. At all times Gamboa had had to rely on the assitance of another individual to champion his cause. The district court appointed Gamboa counsel to present his argument at the evidentiary hearing. Unfortunately, Gamboa no longer has access to the individual helping him through the process, which assitance is absolutely necessary to properly prepare an application for a certificate of appealability in this cause. Incapable of reading the legal research necessary to proceed, Gomboa must make this desperate attempt at requesting the appointment of counsel.

WHEREFORE, Jorge Gamboa-Renteria respectfully moves the Court for the appointment of counsel on appeal, in the interest of just, good cause having been shown.

Respectfully submitted,

Dated: January 12, 2016.

*Jorge L. Gamboa*
Jorge Gamboa-Renteria
FCI Fort Worth
P.O.Box 15330
Fort Worth, TX 76119

Defendant-Appeallant, pro se

2

## DECLARATION

I hereby declare under penalty of perjury that I am the defendant-appellant herein; that I no longer have access to the individual who has been assiting me with my collateral challenge because I have limited skill with the English language; that I obtained help exclusively for the preparation for the instant motion; that the motion has been translated for me; and that the information therein is true and correct upon my knowledge and belief.

Executed on this 12th day of January, 2016.

*Jorge L. Gamboa*
Jorge Gamboa-Renteria

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been sent to the Court via the institutional mailroom procedures, and a copy has been served on the government via the U.S. Postal Service, First Class Mail, in an envelope addressed as follows:

Cherie L. Krigsman
Assitant U.S. Attorney
Appellate Division
400 N. Tampa Street, Ste. 3200
Tampa, FL 33602

On this 12th day of January, 2016.   *Jorge L. Gamboa*
Jorge Gamboa-Renteria